05-1622-CBS

## AFFIDAVIT

I, Kevin Neal, Deputy United States Marshal, do hereby make oath before the Honorable Charles B. Swartwood III, Chief United States Magistrate Judge, District of Massachusetts, that upon knowledge coming to me in connection with my official duties and as part of the official records of the United States Marshals Service, I am advised that there is presently a warrant of arrest outstanding for one OSCAR GARCIA-GONZALEZ in the Western District of Kentucky, in connection with a petition charging him with violation of the terms of probation in connection with the matter of <u>United States v. Oscar Garcia-Gonzalez</u>, bearing the docket number 4:01CR-3M, and do hereby make oath that this warrant is outstanding in said District as set forth in the attached copy of said warrant.

_____
KEVIN NEAL
Deputy U.S. Marshal
United States Marshals Service

Subscribed and sworn to before me this 18th day of January, 2005.

_____
CHARLES B. SWARTWOOD III
Chief United States
Magistrate Judge
District of Massachusetts