AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

*filed in open court 1/18/05*

DISTRICT OF *Massachusetts*

## APPEARANCE

Case Number: *05-1622-CBS*

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

*Oscar Garcia-Gonzalez*

I certify that I am admitted to practice in this court.

Date *1/18/05*

Signature

Print Name *Jeff Rubin*                          Bar Number

Address *One Center Plaza Suite 230*

City *Boston*          State *MA*          Zip Code *02108*

Phone Number *(617) 367-0077*          Fax Number *(617) 367-0071*